## STATE OF CONNECTICUT *v.* SCOTT GORDON

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 519 (AC 23623), is denied.

*Louis Avitabile*, in support of the petition.

*Sarah Hanna*, special deputy assistant state's attorney, in opposition.

Decided November 4, 2004

## ROBERT TORRES *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Torres' petition for certification for appeal from the Appellate Court, 84 Conn. App. 113 (AC 23767), is denied.

*Todd D. Fernow* and *Erin K. Desmarais*, certified legal intern, in support of the petition.

Decided November 4, 2004

## STATE OF CONNECTICUT *v.* ALAN GOODSON

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 786 (AC 24196), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided November 4, 2004